# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | Case No.: SACV 16-00222-CJC (JCGx) |
| Plaintiff-in-Interpleader, | JUDGMENT |
| v. | |
| KIRSTEN BLANCHARD COOK; KENNETH ALAN COOK; ORANGE COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, | |
| Defendants-in-Interpleader. | |
| KIRSTEN BLANCHARD COOK, | |
| Cross Claimant, | |
| v. | |
| KENNETH ALAN COOK, | |
| Cross Defendant. | |

-1-

In accordance with the Court's February 28, 2023, Order, **IT IS HEREBY ORDERED** that judgment be entered in favor of Kenneth Alan Cook and against Kirsten Alan Cook and the Orange County Department of Child Support Services. The sum of $17,299.19, representing the balance of the proceeds due and payable under VWB Interest Sensitive Whole Life Insurance Policy 0329825300, issued by Provident Life and Accident Insurance Company, which has been deposited into the Registry of the Court, shall be released to Kenneth Alan Cook.

DATED:   February 28, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**

-2-